### KING *v.* WRENCH.

HILL, J. Under the evidence in this case the direction of a verdict in favor of the defendant was error. Civil Code, § 5926.
*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*
JANUARY 11, 1916.

Equitable petition. Before Judge Quincey. Charlton superior court. October 6, 1914.

*J. L. Sweat* and *H. F. Dunwody,* for plaintiff.
*Wilson, Bennett & Lambdin,* for defendant.